IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -5 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                          Cr. No. 04-20251-D

PATRICK NEVILLES,

Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to reset the sentencing hearing currently set for July 6, 2005 until Thursday, July 28, 2005 at 1:00 PM

It is so **ORDERED**, this the ___ day of July, 2005.

_____
HONORABLE BERNICE DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20251 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT